# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY ADAMS,<br><br>　　　　Defendant. | 2:10-cr-373-MMD-PAL |

## ORDER OF FORFEITURE

On July 11, 2012, defendant JERRY ADAMS pled guilty to Count Three and Count Four of a Four-Count Criminal Indictment charging him in Count Three with Possession of a Controlled Substance with Intent to Distribute - Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), and in Count Four with Money Laundering Conspiracy, in violation of Title 18, United States Code, Section 1956(h). Defendant agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and the Plea Agreement.

This Court finds that JERRY ADAMS shall pay a criminal forfeiture money judgment of $50,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1); Title 21, United States Code, Section 853(a)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JERRY ADAMS a criminal forfeiture money judgment in the amount of $50,000.00 in United States Currency.

DATED this 11 day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE