# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-373-MMD-(PAL) |
| JERRY ADAMS, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on July 11, 2012, that JERRY ADAMS shall pay a criminal forfeiture money judgment of $50,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 21, United States Code, Section 2461(c); Title 18,United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(a)(1) and (p). Order of Forfeiture, ECF No. 32.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JERRY ADAMS criminal forfeiture money judgment in the amount of $50,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 21,

. . .

1  United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21,
2  United States Code, Section 853(a)(1) and (p).
3       DATED this 15 day of October, 2012.

                                            _____
                                            UNITED STATES DISTRICT JUDGE